# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Keilholtz, et al.

                       CASE NO. 3:08-cv-00836-SI

         Plaintiff(s),

      v.                       STIPULATION AND [PROPOSED]
Superior Fireplace Company, et al.     ORDER SELECTING ADR PROCESS

         Defendant(s).
_____/

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
     Non-binding Arbitration (ADR L.R. 4)
     Early Neutral Evaluation (ENE)   (ADR L.R. 5)
     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    ✓    Private ADR *(please identify process and provider)*  Mediation.
Provider to be determined.

The parties agree to hold the ADR session by:
     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    ✓    other requested deadline  After class certification motion has been decided. Approximately Spring 2009.

Dated: July 08, 2008                         /s/ Kirk Wolden (as authorized on 7/7/08
                                           Attorney for Plaintiff

Dated: July 08, 2008                         /s/ William R. Warne
                                           Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- Mediation
- ⟵ Private ADR

Deadline for ADR session
⟶ 90 days from the date of this order.
other    after the class certification motion is decided

IT IS SO ORDERED.

Dated:_____            _____

UNITED STATES ~~MAGISTRATE~~ JUDGE