Kirk J. Wolden, Esq.
ARNOLD LAW FIRMCLAYEO C. ARNOLD, PLC
608 University Avenue
Sacramento, CA 95825
(916) 924-3100
138902

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>SUPERIOR FIREPLACE COMPANY, LENNOX HEARTH PRODUCTS, INC., LENNOX INTERNATIONAL, INC., DOES 1 through 25, inclusive<br><br>Defendant(s) | CASE NUMBER: C-08-00836-SI<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF**<br>Rule 41(a)(1) F.R.Civ.P. |

**PLEASE TAKE NOTICE:**

☐ The above-entitled action is

   *or*

☒ Defendant(s)  **As to defendant, SUPERIOR FIREPLACE COMPANY, ONLY**

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: August 18, 2008

Plaintiff / Attorney for Plaintiff
KIRK J. WOLDEN

**IT IS SO ORDERED**
Judge Susan Illston

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

**NOTICE OF DISMISSAL BY PLAINTIFF**
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

CCD-9