```
1  CLAYEO C. ARNOLD
   A Professional Corporation
2  Clayeo C. Arnold, SBN 65070
   Kirk J. Wolden, SBN 138902
3  608 University Avenue
   Sacramento, CA 95825
4  Telephone: (916) 924-3100
   Fax:  (916) 924-1829
5
6  Attorneys for the Class
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (OAKLAND DIVISION)

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC. and DOES 1 through 25, Inclusive,<br><br>Defendants. | No. CV 08-00836 SI<br><br>[PROPOSED] STIPULATION AND ORDER CONTINUING BRIEFING AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12 (B)(6) AND (9) |

WHEREAS, due to a calendaring oversight, plaintiffs were unable to timely file and serve their opposition to defendants' motion to dismiss pursuant to F.R.C.P. Rule 12 (b)(6) and (9), the parties through their counsel have agreed and stipulate as follows:

Defendants' pending motion to dismiss pursuant to F.R.C.P. Rule 12 (B)(6) and (9), currently scheduled for hearing on October 3, 2008 is continued until November 21, 2008 at 9:00 a.m. before the Hon. Judge Susan Illston. Defendants' reply papers shall be filed and served at least fourteen (14) days prior to the date for the continued hearing.

1 | IT IS SO STIPULATED.
2 | Dated: September 23, 2008                    CLAYEO C. ARNOLD
                                                  A Professional Law Corporation

                                                  By: _____/SS/_____
                                                       KIRK J. WOLDEN
                                                       Attorneys for the CLASS

7 | Dated: September 23, 2008                    DOWNEY BRAND LLP

                                                  By: _____/SS/_____
                                                       MICHAEL J. THOMAS
                                                       Attorneys for the Defendant
                                                       SUPERIOR FIREPLACE COMPANY;
                                                       LENNOX HEARTH PRODUCTS INC.; and
                                                       LENNOX INTERNATIONAL INC.

14 | IT IS SO ORDERED.

                                                  _____
                                                       SUSAN ILLSTON
                                                       United States District Court Judge

Stip and Order Re: Motion To Dismiss Hearing              2