1  | **CLAYEO C. ARNOLD**
   | **A Professional Corporation**
2  | **Clayeo C. Arnold, SBN 65070**
   | **Kirk J. Wolden, SBN 138902**
3  | **608 University Avenue**
   | **Sacramento, CA 95825**
4  | **Telephone: (916) 924-3100**
   | **Fax:   (916) 924-1829**
5  |
6  | **Attorneys for the Class**
7  |
8  |               **UNITED STATES DISTRICT COURT**
9  |             **NORTHERN DISTRICT OF CALIFORNIA**
10 |                   **(OAKLAND DIVISION)**
11 |
12 | **KIRK KEILHOLTZ and KOLLEEN**          )   **No. CV 08-00836 SI**
   | **KEILHOLTZ for themselves and on**     )
13 | **behalf of those similarly situated,** )   **[PROPOSED] STIPULATION**
   |                                         )   **AND ORDER CONTINUING**
14 |      **Plaintiffs,**                    )   **BRIEFING AND HEARING DATE**
   |                                         )   **ON DEFENDANTS' MOTION TO**
15 | **vs.**                                 )   **DISMISS PURSUANT TO F.R.C.P.**
   |                                         )   **RULE 12 (B)(6) AND (9)**
16 | **SUPERIOR FIREPLACE COMPANY;**         )
   | **LENNOX HEARTH PRODUCTS, INC.;**       )
17 | **LENNOX INTERNATIONAL, INC. and**      )
   | **DOES 1 through 25, Inclusive,**       )
18 |                                         )
   |      **Defendants.**                    )
19 | _____ )

20 |       WHEREAS, due to the need to conduct further discovery and the pendency of motions

21 | to compel discovery which plaintiffs assert are necessary to oppose defendant Lennox

22 | International, Inc.'s ("LII") motion to dismiss for lack of personal jurisdiction, the parties,

23 | through their counsel, have agreed and stipulate as follows:

24 |       Defendant LII's' pending motion to dismiss for lack of personal jurisdiction pursuant to

25 | Rule 12(b)(2), which is scheduled for November 21, 2008, is continued until February 6, 2009,

26 | at 9:00 a.m., before the Hon. Judge Susan Illston.  Plaintiffs' opposition shall be filed and

27 | served at least twenty one (21) days before the date for the continued hearing.  Defendants'

28 |

Stip and Order Re: Motion To Dismiss Hearing                1

reply papers shall be filed and served at least fourteen (14) days prior to the date for the continued hearing.

IT IS SO STIPULATED.

Dated: November 3, 2008                    CLAYEO C. ARNOLD
                                           A Professional Law Corporation


                                           By: _____/SS/_____
                                                KIRK J. WOLDEN
                                                Attorneys for the CLASS


Dated: November 3, 2008                    DOWNEY BRAND LLP


                                           By: _____/SS/_____
                                                MEGHAN BAKER
                                                Attorneys for the Defendant
                                                SUPERIOR FIREPLACE COMPANY;
                                                LENNOX HEARTH PRODUCTS INC.; and
                                                LENNOX INTERNATIONAL INC.


        IT IS SO ORDERED.

Dated:_____              _____
                                                SUSAN Y. ILLSTON
                                                United States District Court Judge

Stip and Order Re: Motion To Dismiss Hearing            2