DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendants
LENNOX HEARTH PRODUCTS INC.; LENNOX
INTERNATIONAL INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC. and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 4:08-cv-00836-CW (JCS)<br><br>**STIPULATION AND ORDER SETTING NEW BRIEFING AND HEARING SCHEDULE ON CLASS CERTIFICATION MOTION** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

By and through their counsel of record, Defendants Lennox Hearth Products Inc. and Lennox International Inc. ("Defendants"), and Plaintiffs Kirk Keilholtz and Kolleen Keilholtz ("Plaintiffs"), hereby stipulate as follows:

1. At the Status (Pre-Trial Scheduling) Conference conducted on May 14, 2009, and as confirmed in the Minute Order issued on May 21, 2009, the court ordered that any hearing on class certification and subject matter jurisdiction issues would be conducted on Thursday, October 8, 2009, at 2:00 p.m. The court ordered the following briefing schedule to address these issues:

1014117.1

STIPULATION AND ORDER

///

| Party | Filing | Deadline |
| --- | --- | --- |
| Plaintiffs | Motion for Class Certification | July 31, 2009 |
| Defendants | Opposition to Motion for Class Certification and Cross-Motion Addressing Class Certification and Subject Matter Jurisdiction ("Cross-Motion") | August 28, 2009 |
| Plaintiffs | Reply in Support of Motion for Certification and Opposition to Cross-Motion | September 11, 2009 |
| Defendants | Surreply | September 25, 2009 |

2. Plaintiffs and Defendants have agreed, and hereby stipulate, to extend the hearing date and briefing schedule on the Motion for Class Certification and Cross-Motion by approximately one month. Specifically, the stipulation proposes that the court, subject to its availability, reschedule the hearing on the Motion for Class Certification and Cross-Motion for Thursday, November 12, 2009, at 2:00 p.m., with the following revised briefing schedule:

| Party | Filing | Deadline |
| --- | --- | --- |
| Plaintiffs | Motion for Class Certification | August 28, 2009 |
| Defendants | Opposition to Motion for Class Certification and Cross-Motion | September 28, 2009 |
| Plaintiffs | Reply in Support of Motion for Certification and Opposition to Cross-Motion | October 12, 2009 |
| Defendants | Surreply | October 26, 2009 |

3. Defendants requested this extension after discussion of defense scheduling conflicts. Specifically, Defendants advised Plaintiffs that lead defense counsel, William Warne, will begin a four-week jury trial in Stanislaus Superior court on August 4, 2009 which will greatly impact his ability to participate in the briefing on the Motion for Class Certification and Counter-Motion. In addition, Defendants will file (on July 9, 2009), a motion to dismiss Plaintiffs' Second Amended Complaint. Under the current briefing schedule, this motion would not be resolved until after Plaintiffs are required to file their Motion for Class Certification. Finally, the brief

/ / /

extension will facilitate the parties' efforts to informally resolve discovery issues which may impact certification briefing.

4. Defendants note that their counsel Megan Baker, who will participate significantly in Defendants' class action briefing, will be unavailable due to maternity leave from October 30, 2009, through March 1, 2010.

**IT IS HEREBY STIPULATED:**

DATED: July 10, 2009            DOWNEY BRAND LLP

By: /s/ Meghan M. Baker
MEGHAN M. BAKER
Attorney for Defendants
LENNOX HEARTH PRODUCTS INC. and
LENNOX INTERNATIONAL INC.

DATED: July 10, 2009            ARNOLD LAW FIRM

By: /s/ Kirk J. Wolden (as authorized on 7/9/2009)
KIRK J. WOLDEN
Attorney for Plaintiffs
KIRK KEILHOLTZ and KOLLEEN
KEILHOLTZ for themselves and on behalf of
those similarly situated

1014117.1            3

STIPULATION AND ORDER

**IT IS SO ORDERED:**

The court, having considered the Stipulation of the parties and good cause appearing, hereby orders that the Motion for Class Certification and Cross-Motion be heard on Thursday, November 12, 2009, at 2:00 p.m. in Courtroom 2, before the Honorable Claudia Wilken. The court hereby orders the following briefing schedule on the Motion for Class Certification and Cross-Motion:

| Party | Filing | Deadline |
| --- | --- | --- |
| Plaintiffs | Motion for Class Certification | August 28, 2009 |
| Defendants | Opposition to Motion for Class Certification; Cross-Motion on Class Certification and Subject Matter Jurisdiction ("Cross-Motion") | September 28, 2009 |
| Plaintiffs | Reply in Support of Motion for Certification and Opposition to Cross-Motion | October 12, 2009 |
| Defendants | Surreply | October 26, 2009 |

7/21/09

Dated: _____ By: _/s/ Claudia Wilken_
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE,
NORTHERN DISTRICT OF CALIFORNIA