DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendants
LENNOX HEARTH PRODUCTS INC.; LENNOX
INTERNATIONAL INC.; LENNOX INDUSTRIES
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC.; LENNOX INDUSTRIES; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.  4:08-cv-00836-CW (JCS)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING NEW BRIEFING AND HEARING SCHEDULE ON CLASS CERTIFICATION MOTION** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

By and through their counsel of record, Plaintiffs Kirk Keilholtz and Kolleen Keilholtz (collectively "Plaintiffs"), and Defendants Lennox Hearth Products Inc., Lennox International Inc. and Lennox Industries Inc. (collectively "Defendants") hereby stipulate to the following:

1. On July 9, 2009, the court issued a written order providing that any hearing on class certification and subject matter jurisdiction issues would be conducted at 2:00 p.m. on Thursday, November 12, 2009.  The court also set the following briefing schedule to address class certification and subject matter jurisdiction issues:

1028261.1

| Party | Filing | Deadline |
|---|---|---|
| Plaintiffs | Motion for Class Certification | August 28, 2009 |
| Defendants | Opposition to Motion for Class Certification and Cross-Motion Addressing Class Certification and Subject Matter Jurisdiction ("Cross-Motion") | September 28, 2009 |
| Plaintiffs | Reply in Support of Motion for Certification and Opposition to Cross-Motion | October 12, 2009 |
| Defendants | Surreply | October 26, 2009 |

2.   Plaintiffs and Defendants have agreed, and hereby stipulate, to extend the briefing schedule on the Motion for Class Certification and Cross-Motion by approximately two weeks, and to extend the hearing on these Motions by three weeks.[1]  Specifically, this stipulation proposes that the court, subject to its availability, reschedule the hearing on the Motion for Class Certification and Cross-Motion for 2:00 p.m. on Thursday, December 3, 2009, and order the following revised briefing schedule:

| Party | Filing | Deadline |
|---|---|---|
| Plaintiffs | Motion for Class Certification | August 28, 2009 |
| Defendants | Opposition to Motion for Class Certification and Cross-Motion | October 12, 2009 |
| Plaintiffs | Reply in Support of Motion for Certification and Opposition to Cross-Motion | October 26, 2009 |
| Defendants | Surreply | November 9, 2009 |

3.   The parties agreed to this extension due to issues with deposition scheduling. Specifically, back in mid-August, Defendants noticed the depositions of named Plaintiffs Kirk Keilholtz and Kolleen Keilholtz (collectively "Keilholtzs"), as well as the depositions of putative class members Rich and Donna Perry (collectively "Perrys").  At the request of Plaitniffs, who had conflicts with the noticed deposition dates, Defendants agreed to postpone the depositions of

---

[1] A two week extension of the original hearing date would fall on Thanksgiving, a court holiday.

1028261.1

2

1  the Keilholtzs and Perrys until Tuesday, September 15, 2009, and Thursday, September 17, 2009,
2  respectively.  On Friday, September 11, 2009, Plaintiffs informed Defendants that their counsel
3  could not attend the depositions of the Keilholtzs and Perrys due to trial and other commitments.
4  After meeting and conferring on this issue, the parties agreed to reschedule the depositions of the
5  Perrys for Thursday, September 24, 2009, and the Keilholtzs for Friday, September 25, 2009,
6  subject to, and on the condition that, the parties would stipulate to the modified briefing and
7  hearing schedule set forth herein.

8        4.      Defendants contend that the depositions of the Keilholtzs and Perrys are essential
9  to their ability to oppose the Motion for Class Certification.  In light of this fact, the parties have
10 agreed to the modified briefing and hearing schedule set forth herein so that Defendants have
11 adequate time to depose the Keilholtzs and Perrys, obtain certified copies of the transcripts, and
12 incorporate the testimony into their opposition to the Motion for Class Certification.

13       5.      In proposing a new hearing date of December 3, 2009, Defendants note that their
14 lead trial counsel, William Warne, is currently scheduled to begin a three-week jury trial in
15 Sacramento Superior Court on November 9, 2009.  Mr. Warne anticipates that this trial will be
16 completed on or about November 30, 2009.  Additionally, Defendants note that their counsel
17 Meghan Baker will be unavailable due to maternity leave starting on or about October 30, 2009,
18 through March 1, 2010; if necessary, she might be able to make herself available for a hearing
19 date in December, at the very earliest.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | **IT IS HEREBY STIPULATED:**

DATED:  September 17, 2009         DOWNEY BRAND LLP

By: /s/ William R. Warne
　　　　WILLIAM R. WARNE
　　　　Attorney for Defendants
　　LENNOX HEARTH PRODUCTS INC.
　　　LENNOX INTERNATIONAL INC.
　　　　LENNOX INDUSTRIES INC.

DATED: September 17, 2009         ARNOLD LAW FIRM

By:  /s/ Kirk J. Wolden (as authorized on 9/16/09)
　　　　KIRK J. WOLDEN
　　　　Attorney for Plaintiffs
　　KIRK KEILHOLTZ and KOLLEEN
　KEILHOLTZ for themselves and on behalf of
　　　those similarly situated

1028261.1

4

STIPULATION AND [PROPOSED] ORDER

**IT IS SO ORDERED:**

The court, having considered the Stipulation of the parties and good cause appearing, hereby orders that the Motion for Class Certification and Cross-Motion be heard on Thursday, December 3, 2009, at 2:00 p.m. in Courtroom 2, before the Honorable Claudia Wilken. Additionally, the court hereby orders the following briefing schedule on the Motion for Class Certification and Cross-Motion:

| Party | Filing | Deadline |
|---|---|---|
| Plaintiffs | Motion for Class Certification | August 28, 2009 |
| Defendants | Opposition to Motion for Class Certification and Cross-Motion | October 12, 2009 |
| Plaintiffs | Reply in Support of Motion for Certification and Opposition to Cross-Motion | October 26, 2009 |
| Defendants | Surreply | November 9, 2009 |

Dated: September 18, 2009     By: /s/ Claudia Wilken
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE,
NORTHERN DISTRICT OF CALIFORNIA