```
 1  DOWNEY BRAND LLP
    WILLIAM R. WARNE (Bar No. 141280)
 2  MICHAEL J. THOMAS (Bar No. 172326)
    MEGHAN M. BAKER (Bar No. 243765)
 3  621 Capitol Mall, 18th Floor
    Sacramento, CA  95814-4731
 4  Telephone: (916) 444-1000
    Facsimile:  (916) 444-2100
 5  bwarne@downeybrand.com
    mthomas@downeybrand.com
 6  mbaker@downeybrand.com

 7  Attorneys for Defendants
    LENNOX HEARTH PRODUCTS INC.; LENNOX
 8  INTERNATIONAL INC.; LENNOX INDUSTRIES
    INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC.; LENNOX INDUSTRIES; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.  4:08-cv-00836-CW (JCS)<br><br>**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

By and through their counsel of record, Plaintiffs Kirk Keilholtz and Kolleen Keilholtz (collectively "Plaintiffs"), and Defendants Lennox Hearth Products Inc., Lennox International Inc. and Lennox Industries Inc. (collectively "Defendants") hereby stipulate to the following:

1. On September 18, 2009, the court issued a written order providing, in pertinent part, that Defendants had until October 12, 2009, to file an Opposition to the Motion for Class Certification; that Plaintiffs until October 26, 2009, to file a Reply to the Opposition; and that Defendants had until November 9, 2009, to file a Surreply.

1034821.1

STIPULATION AND [PROPOSED] ORDER

2. Defendants could not file their Opposition to the Motion for Class Certification on October 12, 2009, because the Electronic Court Filing system ("ECF") for the United States District Court for the Northern District of California went offline from October 9, 2009, at 5:00 p.m. until October 13, 2009, at approximately 6:30 a.m. Consequently, Defendants did not file their Opposition until October 13, 2009.

3. On October 13, 2009, Defendants met and conferred with Plaintiffs about their inability to file their Opposition to the Motion for Class Certification due to ECF filing issues. Plaintiffs and Defendants agreed and stipulated to the filing of the Opposition to the Motion for Class Certification on October 13, 2009.

4. On October 13, 2009, Defendants and Plaintiffs also agreed, and hereby stipulate, that Plaintiffs shall have one (1) additional day to file their Reply to the Opposition, and that Defendants shall have one (1) additional day to file their Surreply. Therefore, Plaintiffs now have until October 27, 2009, to file a Reply to the Opposition and Defendants now have until November 10, 2009, to file a Surreply.

**IT IS HEREBY STIPULATED:**

DATED: October 20, 2009          DOWNEY BRAND LLP

By: /s/ William R. Warne
WILLIAM R. WARNE
Attorney for Defendants
LENNOX HEARTH PRODUCTS INC.
LENNOX INTERNATIONAL INC.
LENNOX INDUSTRIES INC.

DATED: October 20, 2009          ARNOLD LAW FIRM

By: /s/ Kirk J. Wolden (as authorized on 10/19/09)
KIRK J. WOLDEN
Attorney for Plaintiffs
KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated

**IT IS SO ORDERED:**

The court, having considered the Stipulation of the parties and good cause appearing, hereby orders the following changes to the briefing schedule on the Motion for Class Certification: Plaintiffs shall file their Reply to the Opposition to the Motion for Class Certification on or before October 27, 2009. No surreply is needed because no cross motion was filed. The hearing date of December 3, 2009, remains unchanged.

Dated: October 21, 2009          By: _____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE,
NORTHERN DISTRICT OF CALIFORNIA