1  DOWNEY BRAND LLP
   WILLIAM R. WARNE (Bar No. 141280)
2  MICHAEL J. THOMAS (Bar No. 172326)
   MEGHAN M. BAKER (Bar No. 243765)
3  621 Capitol Mall, 18th Floor
   Sacramento, CA  95814-4731
4  Telephone: (916) 444-1000
   Facsimile:  (916) 444-2100
5  bwarne@downeybrand.com
   mthomas@downeybrand.com
6  mbaker@downeybrand.com

7  Attorneys for Defendants
   LENNOX HEARTH PRODUCTS INC.; LENNOX
8  INTERNATIONAL INC.; LENNOX INDUSTRIES
   INC.

9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  KIRK KEILHOLTZ and KOLLEEN        Case No.  4:08-cv-00836-CW (JCS)
    KEILHOLTZ for themselves and on behalf
14  of those similarly situated,          **STIPULATION AND ORDER
                                          REGARDING THIRD AMENDED
15              Plaintiffs,               COMPLAINT AND RESPONSE DATE
                                          THERETO**
16  v.

17  LENNOX HEARTH PRODUCTS INC.;
    LENNOX INTERNATIONAL INC.;
18  LENNOX INDUSTRIES; and DOES 1
    through 25, Inclusive,
19
                Defendants.
20

21  TO THE COURT AND ALL ATTORNEYS OF RECORD:

22        By and through their counsel of record, Plaintiffs Kirk Keilholtz and Kolleen Keilholtz

23  (collectively "Plaintiffs"), and Defendants Lennox Hearth Products Inc., Lennox International

24  Inc. and Lennox Industries Inc. (collectively "Defendants") hereby stipulate to the following:

25        1.    Plaintiffs filed a Second Amended Complaint on June 29, 2009, which Defendants

26  thereafter moved to dismiss on July 9, 2009.

27        2.    On September 8, 2009, the court issued an order dismissing the request in the

28  Second Amended Complaint for damages under the Consumer Legal Remedies Act ("CLRA") on

1029637.1

the grounds that Plaintiffs had failed to comply with the CLRA notice requirements. In the order, the court ruled that Plaintiffs could seek leave to amend their pleading after attempting to comply with the CLRA notice requirements.

3. Plaintiffs desire to file an amended pleading seeking damages under the CLRA. In order to avoid unnecessary motion practice, the parties hereby stipulate that Plaintiffs may file a Third Amended Complaint that includes new allegations regarding their alleged compliance with the CLRA notice requirements and a request for damages under the CLRA.

4. By entering into this stipulation, Defendants do not waive, and have no intention of waving, any arguments regarding whether Plaintiffs have complied with the CLRA notice requirements, the propriety of any amendments, and/or any deficiencies in the Third Amended Complaint. Defendants expressly reserve the right to challenge any amendments and/or deficiencies via a Motion to Dismiss, Motion for Summary Judgment, or otherwise.

5. The parties hereby stipulate that Defendants shall file their responsive pleading within twenty (20) days after Plaintiffs file their Third Amended Complaint. The parties agree that Defendants need not file an answer to the Second Amended Complaint since Plaintiffs intend to file a superseding pleading.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED:**

DATED:  October 19, 2009

DOWNEY BRAND LLP

By:  /s/ William R. Warne
WILLIAM R. WARNE
Attorney for Defendants
LENNOX HEARTH PRODUCTS INC.
LENNOX INTERNATIONAL INC.
LENNOX INDUSTRIES INC.

DATED: October 19, 2009

ARNOLD LAW FIRM

By:  /s/ Kirk Wolden (as authorized on 10/19/09)
KIRK WOLDEN
Attorney for Plaintiffs
KIRK KEILHOLTZ and KOLLEEN
KEILHOLTZ for themselves and on behalf of
those similarly situated

1 **IT IS SO ORDERED:**

2     The court, having considered the Stipulation of the parties and good cause appearing,

3 hereby grants Plaintiffs leave to file a Third Amended Complaint that includes new allegations

4 regarding their alleged compliance with the CLRA notice requirements and a request for damages

5 under the CLRA. Defendants shall file their responsive pleading within twenty (20) days after

6 Plaintiffs file their Third Amended Complaint. Defendants have reserved the right to challenge

7 the amendments and/or any deficiencies in the Third Amended Complaint via a Motion to

8 Dismiss, Motion for Summary Judgment, or otherwise.

9

10                    11/23/09
   Dated: _____        By:_____

11                                      HONORABLE CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE,
12                                      NORTHERN DISTRICT OF CALIFORNIA

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28