DOWNEY BRAND LLP
WILLIAM R. WARNE (Bar No. 141280)
MICHAEL J. THOMAS (Bar No. 172326)
MEGHAN M. BAKER (Bar No. 243765)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendants
LENNOX HEARTH PRODUCTS INC.; LENNOX
INTERNATIONAL INC.; LENNOX INDUSTRIES
INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX HEARTH PRODUCTS INC.; LENNOX INTERNATIONAL INC.; LENNOX INDUSTRIES; and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No. 4:08-cv-00836-CW (JCS)<br><br>**STIPULATION AND ORDER MODIFYING HEARING DATE ON MOTION FOR CLASS CERTIFICATION**<br><br>Current Hearing Date: December 3, 2009<br>Proposed Hearing Date: December 10, 2009<br>Time: 2:00 p.m.<br>Location: Courtroom 2<br><br>Original Complaint Filed: February 6, 2008 |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

By and through their counsel of record, Plaintiffs Kirk Keilholtz and Kolleen Keilholtz

(collectively "Plaintiffs"), and Defendants Lennox Hearth Products Inc., Lennox International

Inc. and Lennox Industries Inc. (collectively "Defendants") hereby stipulate, in furtherance of

Defendants' request, to the following:

/ /

/ /

1038475.4

1.     On July 9, 2009, the court issued a written order providing, among other things, that any hearing on Plaintiffs' Motion for Class Certification would be conducted at 2:00 p.m. on Thursday, November 12, 2009.

2.     On September 18, 2009, the court approved a stipulation of the parties and issued a written order providing, in pertinent part, that Plaintiffs' Motion for Class Certification would be conducted at 2:00 p.m. on Thursday, December 3, 2009.

3.     Counsel for Defendants states that a potential scheduling conflict on December 3, 2009, has developed in the schedule of William R. Warne, lead counsel for Defendants. Specifically, Mr. Warne is lead counsel in an action pending in Sacramento County Superior Court, which was scheduled for trial on November 9, 2009. However, because a courtroom was unavailable on that day, the parties were ordered to return on November 30, 2009, for trial. Assuming a courtroom is available, trial in that action will commence on November 30, 2009, and will last for approximately three weeks. However, in the event that a courtroom is once again unavailable, Mr. Warne will be able to proceed with the hearing on the motion for class certification, but requests a one week continuance to allow adequate time to prepare, given that he will otherwise be engaged in trial preparations up to and including November 30, 2009.

4.     Defendants met and conferred with Plaintiffs about Mr. Warne's potential conflict on December 3rd. As a result, Plaintiffs agreed to support Defendants' request, subject to approval by the court, to move the hearing date on Plaintiffs' Motion for Class Certification to Thursday, December 10, 2009.

5.     Defendants further agree that absent extraordinary and unforeseen circumstances, and assuming Mr. Warne's trial does not commence on November 30th or otherwise conflict with the requested December 10 hearing date, and a request to attend the class certification hearing is denied by the trial judge, Defendants will seek no further modifications of the class certification motion schedule including the hearing date on the Motion for Class Certification.

/ /

/ /

/ /

1    **IT IS HEREBY STIPULATED:**

2

3    DATED:  November 20, 2009          DOWNEY BRAND LLP

4                                       By:_____*/s/ William R. Warne*_____
5                                            WILLIAM R. WARNE
                                             Attorney for Defendants
6                                          LENNOX HEARTH PRODUCTS INC.
                                           LENNOX INTERNATIONAL INC.
7                                            LENNOX INDUSTRIES INC.

     DATED:  November 20, 2009          ARNOLD LAW FIRM
8

9
                                       By:__*/s/ Kirk J. Wolden (as authorized on 11-20-09)*__
10                                           KIRK J. WOLDEN
                                             Attorney for Plaintiffs
11                                       KIRK KEILHOLTZ and KOLLEEN
                                      KEILHOLTZ for themselves and on behalf of
12                                         those similarly situated

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The court, having considered the Stipulation of the parties and good cause appearing, hereby orders the following change to the hearing schedule on Plaintiffs' Motion for Class Certification: (1) The December 3, 2009, hearing date is hereby vacated; (2) the Motion for Class Certification shall be heard on Thursday, December 10, 2009, at 2:00 p.m. in Courtroom 2, before the Honorable Claudia Wilken.

Dated:          11/23/09                    By:_____
                                            HONORABLE CLAUDIA WILKEN
                                            UNITED STATES DISTRICT JUDGE,
                                            NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER