Clayeo C. Arnold (SBN 65070)
Kirk J. Wolden (SBN 138902)
kirk@justice4you.com
Clifford C. Carter (SBN 149621)
CLAYEO C. ARNOLD
A Professional Corporation
865 Howe Avenue, Suite 300
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs and the Plaintiff Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX INDUSTRIES, INC.; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | NO. 4:08-CV-00836CW<br><br>**ERRATA TO THIRD AMENDED INDIVIDUAL AND CLASS ACTION COMPLAINT FOR EQUITABLE RELIEF AND RESTITUTION, AND FOR DAMAGES**<br><br>**Demand for Jury Trial**<br>**Original Complaint Filed: February 6, 2008** |

/ / /

| | |
|---|---|
| 1 | On November 30, 2009, Plaintiffs filed their Third Amended Individual and Class Action Complaint for Equitable Relief and Restitution, and for Damages, Document 223. On page 3, lines 4 and 7 and page 12, line 5, "ten (10) years" should be "four (4) years." |

Dated: December 4, 2009                              RAM & OLSON LLP


By: _____*/s/ Michael F. Ram*_____
      Michael F. Ram

Attorneys for Plaintiffs and the Plaintiff Class