Clayeo C. Arnold (SBN 65070)
Kirk J. Wolden (SBN 138902)
kirk@justice4you.com
Clifford C. Carter (SBN 149621)
CLAYEO C. ARNOLD
A Professional Corporation
865 Howe Avenue, Suite 300
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs and the Plaintiff Class

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX INDUSTRIES, INC.; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | NO. 4:08-CV-00836CW<br><br>**STIPULATION AND ORDER REGARDING FOURTH AMENDED COMPLAINT**<br><br>**Demand for Jury Trial**<br>**Original Complaint Filed: February 6, 2008** |

TO THE COURT AND ALL ATTORNEYS OF RECORD:

By and through their counsel of record, Plaintiffs Kirk Keilholtz and Kolleen Keilholtz (collectively "Plaintiffs"), and Defendants Lennox Hearth Products Inc., Lennox International Inc. and Lennox Industries Inc. (collectively "Defendants") (together with Plaintiffs, the "Parties") hereby stipulate to the following:

1. Plaintiffs filed a Second Amended Complaint on June 29, 2009, which Defendants moved to dismiss on July 9, 2009.

2. On September 8, 2009, the Court issued an Order dismissing portions of the Second Amended Complaint based on the applicable statutes of limitations, without leave to amend; and granting leave to amend concerning other issues raised in Defendants' Motion to Dismiss ("Order").

3. On November 30, 2009, Plaintiffs filed a Third Amended Complaint, and on December 4, 2009, Plaintiffs filed an errata to the Third Amended Complaint.

4. Defendants contend that the Third Amended Complaint fails to comply with the Court's Order granting Defendants' Motion to Dismiss with respect to the applicable statutes of limitations. Plaintiffs disagree but do not want to trouble the Court with a motion that can be avoided by this stipulation.

5. Plaintiffs and Defendants hereby stipulate that Plaintiffs will file a Fourth Amended Complaint that alleges a CLRA/Unjust Enrichment Subclass to reflect the three-year statute of limitations for the CLRA and unjust enrichment claims as opposed to the four-year statute of limitations for UCL claims.

6. By entering into this Stipulation, Defendants do not waive, and have no intention of waiving, any arguments regarding whether Plaintiffs have complied with the CLRA notice requirements, the propriety of any amendments, and/or any deficiencies in the Fourth Amended Complaint. Defendants expressly reserve the right to challenge any amendments and/or deficiencies via a Motion to Dismiss, Motion for Summary Judgment, or otherwise.

7. The Parties hereby stipulate that Defendants shall file their responsive pleading within twenty-one (21) days after Plaintiffs file their Fourth Amended Complaint. The Parties

agree that Defendants need not file an answer to the Third Amended Complaint since Plaintiffs intend to file a superseding pleading.

    IT IS HEREBY STIPULATED:

Dated: December 11, 2009     By:     */s/ Michael F. Ram*
Michael F. Ram
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
*Attorneys for Plaintiffs and the Plaintiff Class*

Dated: December 11, 2009     By:     */s/ William R. Warne* as authorized 12/11/09
William R. Warne
bwarne@downeybrand.com
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814-4731
Telephone: (916) 444-1000
Facsimile: (916-444-2100
*Attorneys for Defendants*

    SO ORDERED:

Dated: 12/21/09

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA