1  Clayeo C. Arnold, SBN 65070
   Kirk J. Wolden, SBN 138902
2  **CLAYEO C. ARNOLD
   A PROFESSIONAL CORPORATION**
3  865 Howe Avenue, Suite 300
   Sacramento, CA 95825
4  Telephone: (916) 924-3100
   Facsimile: (916) 924-1829
5  Email: kwolden@justice4you.com

6  Ernest Cory (ASB-2279-Y83E)
   F. Jerome Tapley (ASB-0583-A56T)
7  Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
   CORY WATSON CROWDER & DEGARIS, P.C.
8  2131 Magnolia Avenue
   Birmingham, AL 35205
9  Telephone: (205) 328-2200
   Facsimile: (205) 324-7896
10 Email: ecory@cwcd.com; jtapley@cwcd.com;
   rlutz@cwcd.com
11
   Michael F. Ram (SBN 104805)
12 mram@ramolson.com
   RAM & OLSON, LLP
13 555 Montgomery Street, Suite 820
   San Francisco, CA 94111
14 Telephone: (415) 433-4949
   Facsimile: (415) 433-7311
15
   Attorneys for Plaintiffs and the National Class

16

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

19                          (OAKLAND DIVISION)

20

21  KIRK KEILHOLTZ and KOLLEEN              )   Case No.: 4:08-CV-00836CW
    KEILHOLTZ for themselves and on         )
22  behalf of those similarly situated,     )   AMENDED STIPULATION AND
                                            )   ~~PROPOSED~~ ORDER RE CASE
23          Plaintiffs,                     )   MANAGEMENT   **AS MODIFIED**
                                            )
24  vs.                                     )
                                            )
25  SUPERIOR FIREPLACE COMPANY;             )
    LENNOX HEARTH PRODUCTS, INC.;           )
26  LENNOX INTERNATIONAL, INC. and          )
    DOES 1 through 25, Inclusive;           )
27                                          )
            Defendants.                     )
28  _____   )

Amended Stip and Proposed Order re Case Management   1

The parties, through their counsel, submit the following stipulation and proposed order to modify the Court's Minute Order and Case Management Order dated May 17, 2009, as amended by the Court on February 23, 2010:.

WHEREAS, in light of the Court's February 16, 2010 Order on class certification and the work necessary to diligently prepare for trial, and to afford the parties the opportunity to attempt to resolve this matter prior to the sending of class notice, the parties agree that certain deadlines in the Court's Case Management Order should be modified and that the trial should be continued as specified below.

Based upon the stipulation of the parties AND GOOD CAUSE APPEARING THEREFORE, the deadlines set forth in the Court's Minute Order and Case Management Order entered on May 23, 2009, as amended by the Court on February 23, 2010, are hereby amended as follows:

| | |
|---|---|
| The parties will submit a further Stipulation and Proposed Order for appointment of an agreed mediator no later than April 21, 2010.  If the parties can not agree on a mediator by this date the Court shall appoint the mediator.  Parties to hold initial mediation session with appointed mediator by: | June 16, 2010 |
| Disclosure of identities and reports of expert witnesses | |
|     Initial: | October 1, 2010 |
|     Rebuttal: | November 1, 2010 |
| Hearing date for all dispositive motions: | October 21, 2010 |
| Completion of fact discovery: | November 15, 2010 |
| Completion of expert discovery: | December 15, 2010 |
| Final Pre-Trial Conference: | January 11, 2011 |
| 10 day Jury Trial: | January 24, ~~2010~~ **2011** |

Amended Stip and Proposed Order re Case Management   2

IT IS SO ORDERED,

Dated: _____4/21/2010_____        _____*[signature]*_____
                                            JUDGE CLAUDIA WILKEN

SO STIPULATED AND AGREED:

Date: April ____, 2010        CLAYEO C. ARNOLD
                                   A Professional Law Corporation

                                   By: _____
                                         Kirk J. Wolden
                                         Attorney for the National Class

Date: April ____, 2010        McKOOL SMITH, P.C.


                                   By: _____
                                         Robert Elkin
                                         Attorney for Defendants