Clayeo C. Arnold, SBN 65070
Kirk J. Wolden, SBN 138902
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
865 Howe Avenue, Suite 300
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: kwolden@justice4you.com

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
Email: ecory@cwcd.com; jtapley@cwcd.com; rlutz@cwcd.com

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311

Attorneys for Plaintiffs and the National Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOLTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SUPERIOR FIREPLACE COMPANY; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC. and DOES 1 through 25, Inclusive;<br><br>Defendants. | Case No.: 4:08-CV-00836CW<br><br>STIPULATION AND ~~PROPOSED~~ ORDER RE APPOINTMENT OF MEDIATOR |

Stip & Proposed Order re Appt of Mediator         1

The parties, through their counsel, submit the following Stipulation and Proposed Order re Appointment of Mediator:

Based upon the stipulation of the parties AND GOOD CAUSE APPEARING THEREFORE,

1. Honorable Edward Infante, Ret., is appointed mediator in this action. The mediation will commence before Mediator Infante on June 29, 2010.

IT IS SO ORDERED,

Dated: April 23, 2010

_____
JUDGE CLAUDIA WILKEN

SO STIPULATED AND AGREED:

Date: April 21, 2010

CLAYEO C. ARNOLD
A Professional Law Corporation

By: _____
Kirk J. Wolden
Attorney for the National Class

Date: April 21, 2010

McKOOL SMITH, P.C.

By: _____
Gayle Klein
Attorney for Defendants

Stip & Proposed Order re Appt of Mediator      2