Kirk J. Wolden (SBN 138902)
kirk@justice4you.com
Clayeo C. Arnold
A Professional Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896
jtapley@cwcd.com; ecory@cwcd.com; rlutz@cwcd.com

Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON, LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111
Telephone: (415) 433-4949
Facsimile: (415) 433-7311
Attorneys for Plaintiffs and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)

| | |
|---|---|
| KIRK KEILHOLTZ and KOLLEEN KEILHOTZ for themselves and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LENNOX INDUSTRIES, INC.; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC., and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 4:08-cv-00836 CW<br><br>**ORDER GRANTING JOINT MOTION TO JOIN ADDITIONAL PARTY PLAINTIFFS AND TO STAY ALL PROCEEDINGS IN FURTHERANCE OF A PROPOSED SETTLEMENT (As Modified)**<br><br>Date:       TBA<br>Time:       TBA<br>Courtroom:  TBA |

Having read and considered the Parties Joint Motion to Join Additional Party Plaintiffs and to Stay all Proceedings in Furtherance of a Proposed Settlement, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**.

The Clerk of the Court is hereby directed to vacate all December 1, 2010 deadlines in this matter and replace them with the following deadline: On December 1, 2010, the Parties are directed to either file their motion for preliminary approval as anticipated in the MOU, or file a status report with the Court regarding their progress in completing the settlement process and, if necessary, seek a further stay or other appropriate relief.

IT IS SO ORDERED.

DATED: 9/7/2010

_____
JUDGE OF THE UNITED STATES DISTRICT COURT