1  Clayeo C. Arnold (SBN 65070)
   Kirk J. Wolden (SBN 138902)
2  kirk@justice4you.com
   Clifford C. Carter (SBN 149621)
3  CLAYEO C. ARNOLD
   A Professional Corporation
4  865 Howe Avenue, Suite 300
   Sacramento, CA  95825
5  Telephone:  (916) 924-3100
   Facsimile:  (916) 924-1829
6
   Ernest Cory (ASB-2279-Y83E)
7  F. Jerome Tapley (ASB-0583-A56T)
   Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
8  CORY WATSON CROWDER & DEGARIS, P.C.
   2131 Magnolia Avenue
9  Birmingham, AL 35205
   Telephone: (205) 328-2200
10 Facsimile: (205) 324-7896

11 Michael F. Ram (SBN 104805)
   mram@ramolson.com
12 RAM & OLSON LLP
   555 Montgomery Street, Suite 820
13 San Francisco, California  94111
   Telephone:  (415) 433-4949
14 Facsimile:  (415) 433-7311

15 Attorneys for the Plaintiff Class

16
                        UNITED STATES DISTRICT COURT
17                     NORTHERN DISTRICT OF CALIFORNIA
                              (OAKLAND DIVISION)
18

19 KIRK KEILHOLTZ and KOLLEEN KEILHOTZ for themselves and on behalf of those similarly situated,

   NO.  4:08-CV-00836CW

20        Plaintiffs,

   **STIPULATION AND ORDER TO ADVANCE DATE OF HEARING FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

21 v.

22

23 LENNOX INDUSTRIES, INC.; LENNOX HEARTH PRODUCTS, INC.; LENNOX INTERNATIONAL, INC., and DOES 1 through 25, inclusive,

   **Judge:** Hon. Claudia Wilken

24
   **Demand for Jury Trial**
   **Original Complaint Filed:** February 6, 2008

25        Defendants.

26

27

28

---

Case No. 08-0836 CW – STIPULATION AND [~~PROPOSED~~] ORDER TO ADVANCE DATE OF HEARING FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT                    1

WHEREAS,

1. On December 3, 2010, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement.

2. The motion is set for hearing on January 13, 2011; and

3. The parties wish to proceed as expeditiously as practicable, subject to Court approval, with class notice and implementation of the settlement, and jointly request that the date for hearing Plaintiffs' motion for preliminary approval be advanced to January 6, 2011.

IT IS THEREFORE HEREBY STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their counsel of record, that subject to the Court's approval, the Court will conduct a hearing on Preliminary Approval of Class Settlement on January 6, 2011, at 2:00 p.m.

Dated:  December 7, 2010

*/s/ Michael F. Ram*
Michael F. Ram (SBN 104805)
mram@ramolson.com
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, California  94111
Telephone:  (415) 433-4949
Facsimile:  (415) 433-7311

Clayeo C. Arnold (SBN 65070)
Kirk J. Wolden (SBN 138902)
kirk@justice4you.com
Clifford C. Carter (SBN 149621)
CLAYEO C. ARNOLD
A Professional Corporation
865 Howe Avenue, Suite 300
Sacramento, CA  95825
Telephone:  (916) 924-3100
Facsimile:  (916) 924-1829

Ernest Cory (ASB-2279-Y83E)
F. Jerome Tapley (ASB-0583-A56T)
Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
CORY WATSON CROWDER & DEGARIS, P.C.
2131 Magnolia Avenue
Birmingham, AL 35205
Telephone: (205) 328-2200
Facsimile: (205) 324-7896

Attorneys for the Plaintiff Class

///

| | | |
|---|---|---|
| 1 | Dated:  December 7, 2010 | */s/ Robert Elkin* |
| 2 | | Lewis T. Leclair (Bar No. 77136) |
| | | Robert Elkin (*Pro Hac Vice*) |
| 3 | | Michael P. Fritz (*Pro Hac Vice*) |
| | | MCKOOL SMITH, P.C. |
| | | 300 Crescent Court, Suite 1500 |
| 4 | | Dallas, TX 75201 |
| | | Telephone:  (214) 978-4000 |
| 5 | | Facsimile:   (214) 978-4044 |
| | | lleclair@mckoolsmith.com |
| 6 | | relkin@mckoolsmith.com |
| | | mfritz@mckoolsmith.com |

Gayle Rosenstein Klein (Bar No. 237975)
gklein@mckoolsmith.com
MCKOOL SMITH LLP
One Bryant Park, 47th Floor
New York, NY 10022
Tel:  (212) 402-9405
Fax: (212) 402-9444

William R. Warne (Bar No. 141280)
Michael J. Thomas (Bar No. 172326)
Meghan M. Baker (Bar No. 243765)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone: (916) 444-1000
Facsimile:  (916) 444-2100
bwarne@downeybrand.com
mthomas@downeybrand.com
mbaker@downeybrand.com

Attorneys for Defendants

IT IS SO ORDERED.

Dated: **12/8/2010**

HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

# EXHIBIT A

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  December 7, 2010                                     */s/ Michael F. Ram*
                                                                              Michael F. Ram (SBN 104805)
                                                                              mram@ramolson.com
                                                                              **RAM & OLSON**
                                                                              555 Montgomery Street, Suite 820
                                                                              San Francisco, California 94111
                                                                              Telephone: (415) 433-4949
                                                                              Facsimile: (415) 433-7311