1  Clayeo C. Arnold (SBN 65070)
   Kirk J. Wolden (SBN 138902)
2  kirk@justice4you.com
   Clifford C. Carter (SBN 149621)
3  CLAYEO C. ARNOLD
   A Professional Corporation
4  865 Howe Avenue, Suite 300
   Sacramento, CA  95825
5  Telephone:  (916) 924-3100
   Facsimile:  (916) 924-1829
6
   Ernest Cory (ASB-2279-Y83E)
7  F. Jerome Tapley (ASB-0583-A56T)
   Hirlye R. "Ryan" Lutz, III (ASB-6641-E59L)
8  CORY WATSON CROWDER & DEGARIS, P.C.
   2131 Magnolia Avenue
9  Birmingham, AL 35205
   Telephone: (205) 328-2200
10 Facsimile: (205) 324-7896

11 Michael F. Ram (SBN 104805)
   mram@ramolson.com
12 RAM & OLSON LLP
   555 Montgomery Street, Suite 820
13 San Francisco, California  94111
   Telephone:  (415) 433-4949
14 Facsimile:  (415) 433-7311

15 Attorneys for the Plaintiff Class

16

17                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
18                        (OAKLAND DIVISION)

19

20 KIRK KEILHOLTZ and KOLLEEN          NO.  4:08-CV-00836CW
   KEILHOTZ for themselves and on behalf
21 of those similarly situated,          REVISED [~~PROPOSED~~] ORDER
                                         GRANTING JOINT ADMINISTRATIVE
22         Plaintiffs,                   MOTION TO SEAL DECLARATION OF
                                         ABID KEMAL
23 v.

24 LENNOX INDUSTRIES, INC.; LENNOX     Date:     January 13, 2011
   HEARTH PRODUCTS, INC.; LENNOX      Time:     2:00 p.m.
25 INTERNATIONAL, INC., and DOES 1     Place:    Courtroom 2, 4th Floor
   through 25, inclusive,                        [Hon. Claudia Wilken]
26
           Defendants.                  Demand for Jury Trial
27                                      Original Complaint Filed:  February 6, 2008

28

---

Case No. 08-0836 CW – REVISED [~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION  1
TO SEAL DECLARATION OF ABID KEMAL

1   The Court has considered the Joint Administrative Motion to Seal the Declaration of Abid

2   Kemal and the Declaration of Michael S. Pennington in support of sealing Dr. Kemal's

3   declaration. For reasons set forth below, the Court finds compelling reasons to seal Dr. Kemal's

4   declaration and therefore GRANTS the joint administrative motion to permanently seal Dr.

5   Kemal's declaration.

6

7   Mr. Pennington's declaration sets forth to the Court's satisfaction that LHP would suffer

8   serious competitive disadvantage if the contents of Dr. Kemal's declaration were publicly filed.

9   The Kemal declaration contains design specifications which, if copied by LHP's competitors,

10  would give them a free and unfair head start on LHP. Further, the material set forth in Dr.

11  Kemal's declaration, including the exhibits thereto, qualifies as a trade secret under California

12  Civil Code section 3426.1 because it derives independent economic value from not being

13  generally known to the public or other persons who can obtain economic value from its use, and

14  it is the subject of efforts reasonable under the circumstances (including but not limited to the

15  accompanying motion) to maintain its secrecy. The Court also notes that while the parties'

16  concurrence alone would not furnish a compelling reason to seal, both the plaintiffs and the

17  defendants support this motion.

18

19  Therefore, for reasons set forth above, the Court GRANTS the motion to permanently

20  seal the Declaration of Abid Kemal pursuant to Local Rule 79-5.  The Joint Administrative

21  Motion to Seal the Declaration of Abid Kemal, and Declaration of Michael S. Pennington in

22  support of sealing Dr. Kemal's Declaration, also filed under seal, are ordered permanently

23  unsealed.

24

25  SO ORDERED:

26

27  Dated: January __**7**__, 2011

28

_____
HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE
**NORTHERN DISTRICT OF CALIFORNIA**